

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Honorable Mary C. Brown, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of the appeal are taxed against the appellant.

SIGNED May 25, 2022.

_____
Rebeca C. Martinez, Chief Justice